United States
11th Circuit

Jerome Heaven Jr
v
Advent Health Care

Case No 5:24-cv-662-JSS-PRL

## Petition for Writ of Habeas Corpus

This Honorable United States District Court of Appeal have jurisdiction to review Habeas Corpus pursuant to 28 U.S.C. § 2241

Comes now the petitioner Jerome Heaven Jr Habeas Corpus requires a sua sponte review of Habeas Petition pursuant to Rule 4. Evidence and statement need to be review.

### Fact/Legal Argument

1. The details in this order to the above style case number are the words I asked the District Court in Ocala to use.

2. The above style case number is for the petitioner asking to have a counsel appointed.

3. The petitioner's life was placed in danger because someone called 911 dispatch and made a false report in reference to someone retaliating to a question when the petitioner enter the hospital.

4. The petitioner asked is this the hospital that covered for a death in the jail in November is the inmate died in medical the FDLE came to see me because R.Nurse Doris asked EMS how long has he been without looking back continuing to apply CPR with one hand look away from the dead man he said 45 minutes.

5. Heaven was taken care improperly and lied to about getting a voucher to pay for medicine.

6. Heaven left the hospital and went to the pharmacy and got laughed at because what was given was not a voucher.

Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1069447731 [Date=11/14/2024] [FileNumber=25031416-0]
[2cebaee4918347699a858a005d16925001f32beef8e3eea8fd1524e0c7d7236df0c1a67f2fb1be9
f583c55656156a4ae93bc0b9f8833a457e8d42e6aa5babd8e]]

7. HEAVEN RETURNED TO ADVENT WITH HIS PHONE RECORDER ON AND ADVISED THAT HE WAS RECORDING THEN ASKED FOR THE NURSE THAT GAVE HIM THE VOUCHER SUPPOSEDLY

8. PEOPLE Began coming from everywhere Heaven was not aware of the reason.

9. A Black nurse approached Heaven Surrounded by other employee, Maint. Man Ect.

10. She began with an inquiry of Heaven's return then Asked what's this about you're going to shoot up the Emergency Room,

11. Heaven advised her to never let them do her like that again because he was recording.

12. Heaven immediately Called 911 dispatch because he knew the tactics were "Kill".

13. Heaven met the City of Ocala Police at A nearby Wawa and was detained and taken back to the hospital.

14. The officer told Heaven because he was extremely nervous and couldn't find the recording; that he needed find it or else.

15. Once the officer listened to the recording HEAVEN WAS GIVEN A RIDE HOME BEING THAT HE WAS ON CRUTCHES.

16. HE WAS TRESPASSED AFTER THE FACT SOMEONE TRIED TO HAVE HEAVEN KILLED FOR SPILLING THE BEANS.

17. HEAVEN EXERCISED HIS RIGHT TO UTILIZED ADVENT AND WAS STABBED WITH A IV NEEDLE INSTEAD OF INSERTING THE NEEDLE IN A VAIN. (2 PEOPLE GUESSED) EXTREME PAIN!

18. THE BRADY LIGHT STAYED ON AND THE MED TECH UNPLUGGED THE MACHINE (LOW HEART RATE "52")

19. HEAVEN REVISITED ADVENT EXERCISING HIS RIGHT AS A ARTIFICIAL CITIZEN OF THE UNITED STATES, WITH FRACTURED RIBS, HEAVEN'S DIAGNOSIS WAS HE DID NOT HAVE FRACTURED THE NEXT DAY HEAVE. HAD TROUBLE BREATHING AND BLOOD IN THE STOOL HEAVEN WENT TO THE NEXT HOSPITAL; DIAGNOSIS FRACTURED RIBS (LEFT) MERIT TAKEN TO OCALA DIVISION STILL NO

**FIFTH DISTRICT COURT OF APPEAL**
300 South Beach Street
Daytona Beach, FL 32114-5002

ORLANDO FL 328
15 NOV 2024 PM
FIRST-CLASS

US POSTAGE (PM) PITNEY BOWES
ZIP 32114
02 7H
0006070552
$ 000.97⁰
NOV 14 2024

5D2024-3119
Jerome Heaven, Jr.
Inmate # A39676
Marion County Jail
3290 NW 10 ST
Ocala FL 34475

34475-560099

Imminent danger via Deputy Clerk or Judges 10 whoever keep dismissing the $1983 Complaint.

20. Sky blue Corvette Brand new kept coming to the wing house Heaven got scared and quitt working then he kept passing Heaven in a Completely different of town.

※ Due process is the main ingredient Applied ※ to all Procedure.

21. The irreparable injury to the 7th amend in reference to Customary and Policy Regulation is Violated. OSHA CHECK ON THE CAT SCAN MACHINE OR THE EXAMINER WAS UNTRAINED

22. The irreparable injury to the 8th amend in reference to Cruel and Unusual Punishment; in no way should a Hospital's employee make a false Report pursuant 790.163 violent use of a firearm, Stalking, Retaliation, Negligence, Proposed Medical Malpractice.

23. The irreparable injury to the 11th amend in reference to discretionary decision being made Breach of duty care in making a false report does not fit the discription of Advent Health Care Relief request is an agreement that these words of merits are in favor of the Petitioner.

Certificate of Service

I hereby Certify that a true and Correct Copy of the foregoing has been furnished U.S Mail. November 21 2024.

Marion Co Jail
0039676
3290 NW 10
Ocala FL 34475

Jerome Heaven Jr

**FIFTH DISTRICT COURT OF APPEAL**
300 South Beach Street
Daytona Beach, FL 32114-5002

ORLANDO FL 328
14 NOV 2024 PM

US POSTAGE (IMI) PITNEY BC
ZIP 32114
02 7H
0006070552
$ 000.6

ZS

Jerome Heaven, Jr.
Inmate # A39676
Marion County Jail
3290 NW 10 ST
Ocala FL 34475

34475-560099

Case: 24-13926   Document: 2-2   Date Filed: 12/02/2024   Page: 6 of 8

Jerome Heaven Jr
3290 NW 10th
Ocala FL 34475

INMATE MAIL

United State District Court of Appeals
11th Cir
56 Forsyth Street N. W.
Atlanta GA 30303

CLEARED SECURITY

NOV 29 2024

U.S. MARSHALS SERVICE
11th Circuit Court of Appeals (CCA)

30303$2295 C007

4986

# In the
# United States Court of Appeals
## For the Eleventh Circuit

---

No. 24-13926

---

In re: JEROME HEAVEN, JR.,

                                                  Petitioner.

---

On Petition for a Writ of Habeas Corpus, 28 U.S.C. § 2241, Petition for a Writ of Habeas Corpus, 28 U.S.C. § 2254, or Motion to Vacate, Set Aside, or Correct Sentence, 28 U.S.C. § 2255

---

ORDER:

    Pursuant to Fed. R. App. P. 22(a), an application for an original writ of habeas corpus must be made to the appropriate

2                    Order of the Court                    24-13920

district court and, if made to a circuit judge, the application must be transferred to the appropriate district court. Because this matter is or appears to be an application for an original writ of habeas corpus, this matter is TRANSFERRED to the United States District Court for the Middle District of Florida, Ocala Division. *See, e.g.*, 28 U.S.C. § 2241(a), 28 U.S.C. § 2241(d), or 28 U.S.C. § 2255(a).

                                    DAVID J. SMITH
                        Clerk of the United States Court of
                          Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 02, 2024

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 24-13926-C
Case Style: In re: Jerome Heaven, Jr.
District Court Docket No: N/A

An order has been entered transferring the above-styled case to your court.

**Clerk's Office Phone Numbers**

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

(dhh)

Transfer Letter

# Lisa Fannin

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Monday, December 2, 2024 4:50 PM |
| **To:** | FLMD_EFILE_APPEALS |
| **Subject:** | 24-13926-C In re: Jerome Heaven, Jr. "Court Order Filed On the Courts own Motion Transfer Case" (N/A) |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 12/02/2024

| | |
|---|---|
| **Case Name:** | In re: Jerome Heaven, Jr. |
| **Case Number:** | 24-13926 |
| **Document(s):** | 2 |

**Docket Text:**
ORDER: On its own motion, the court transfers this case to Middle District of Florida, Ocala Division. ENTERED FOR THE COURT - BY DIRECTION. (See attached order for complete text)

**Notice will be electronically mailed to:**

Clerk - Middle District of Florida, Clerk of Court


**Notice sent via US Mail to:**

Jerome Heaven, Jr.
0039676
Marion County Jail - Inmate Legal Mail
3290 NW 10TH ST
OCALA, FL 34475

The following document(s) are associated with this transaction:
**Document Description:** Court Order Filed
**Original Filename:** 24-13926 - DRAFT ORDER - HEAVEN.pdf
**Electronic Document Stamp:**

1

[STAMP acecfStamp_ID=1160056652 [Date=12/02/2024] [FileNumber=10349485-0]
[3bb29dfd18eb085dcc7094bad070adde477f5eff59d38077ff340b435b3935d71c3699f03cd5b5695fe726ce7e9fd1f391ea4955237c069f293e18c38214aca4]]

**Document Description:** Original Habeas Petition
**Original Filename:** 2HAB - HAVEN.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=12/02/2024] [FileNumber=10349485-1]
[03fbe23a45cc092f73e76c2c382951250cb79b36255ab93084a81fa8ea1f6e2a57dc1a6ce9fec6503d3caefa95be6866ed9314bb99f662545044cce0f743a1d7]]

**Document Description:** Transfer Letter
**Original Filename:** /opt/ACECF/live/forms/DebHall_2413926_10349485_TransferLetter_391.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=12/02/2024] [FileNumber=10349485-2]
[3fe6653f23ca36cac60f8edba6fa9ae13d1d401100f25e0caebb32054af65802977df55bc96579fe2c96be5e16628738581808080ee3537a44a3fd2629870c89]]
**Recipients:**

- Clerk - Middle District of Florida, Clerk of Court
- Jerome Heaven, Jr.